UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

James Chavers, Jr.,

Plaintiff,

Civil No. 00-1299 (RHK/SRN)

vs.

**ORDER**

Dennis Lee Palm,

Defendant.

---

On July 27, 2000, Magistrate Judge Susan Richard Nelson issued a Report and Recommendation recommending, inter alia, the dismissal without prejudice of the Complaint herein. Plaintiff filed a timely "Notice of Objection and Petition to Amend." Plaintiff is entitled to amend the Complaint without leave of the Court, which would render moot the Report and Recommendation (which appropriately recommended dismissal of the Complaint for lack of subject matter jurisdiction). The matter is remanded to Judge Nelson for the purpose of reviewing the proposed "amended" Complaint to determine whether this Court now has subject matter jurisdiction and if so, whether the Complaint states a claim upon which relief can be granted.

Dated: August 15, 2000

RICHARD H. KYLE
United States District Judge

FILED AUG 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK